George G. Hopkins, Jeanne Brack and Mary Ann Turney, Plaintiffs, *v.* Commonwealth of Pennsylvania, Department of Transportation, Defendant.

Submitted on briefs, March 6, 1975, to Judges WILKINSON, JR., MENCER and BLATT, sitting as a panel of three.

*John J. Scott,* for plaintiff, Hopkins.

*Peter T. O'Malley,* for plaintiff, Brack.

*Thomas J. Jones,* for plaintiff, Turney.

*Arthur H. Marateck,* Assistant Attorney General, with him *Robert W. Cunliffe,* Deputy Attorney General, and *Robert P. Kane,* Attorney General, for defendant.

PER CURIAM OPINION, March 19, 1975.

This case is before us in our original jurisdiction. It is a suit against the Commonwealth, in trespass, alleging negligence in failing to properly warn drivers of a dangerous curve and failure to provide an adequate guardrail and shoulder area.

The Commonwealth has filed preliminary objections based on sovereign immunity. The preliminary objections must be sustained. *See Biello v. Pennsylvania Liquor Control Board,* 454 Pa. 179, 301 A.2d 849 (1973) ; *Brown v. Commonwealth,* 453 Pa. 566, 305 A.2d 868 (1973).